No. 71–5371.  BENNETT v. SOUTH CAROLINA.  Sup. Ct.
S. C.  Certiorari denied.

No. 71–5440.  ROGERS v. ADAMS, WARDEN, ET AL.
C. A. 2d Cir.  Certiorari denied.

No. 71–5441.  INMAN v. NORTH CAROLINA.  Sup. Ct.
N. C.  Certiorari denied.

No. 71–5466.  MITCHELL v. IDEAL COLLECTION SERV-
ICE, INC.  App. Dept., Super. Ct. Cal., County of Los
Angeles.  Certiorari denied.

No. 71–5549.  YOUNG v. UNITED STATES.  C. A. 3d
Cir.  Certiorari denied.

No. 71–5551.  DENTON v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 71–5553.  LAWTON v. TARR, NATIONAL DIRECTOR,
SELECTIVE SERVICE SYSTEM, ET AL.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 71–5554.  HOOD v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 71–5556.  NEAL v. GEORGIA ET AL.  C. A. 5th Cir.
Certiorari denied.

No. 71–5557.  AUSTIN v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.

No. 71–5559.  WILLIS v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 71–5561.  WAGGONER v. CALIFORNIA.  C. A. 9th
Cir.  Certiorari denied.

No. 71–5563.  MAGEE v. REAGAN, GOVERNOR OF CALI-
FORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.